AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| ELIZABETH E. MORRIS; and ALAN C. BAKER,<br><br>*Plaintiff(s)*<br>v.<br>U.S. ARMY CORPS OF ENGINEERS, et al.<br>(see attached full caption)<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Colonel John S. Kem
Northwestern Division Commander
1125 NW Couch Street, Ste. 500
Portland, OR  97209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Manley
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO  80227

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____             _____
                                                          *Signature of Clerk or Deputy Clerk*

**Full Caption for Summons**

ELIZABETH E. MORRIS; and
ALAN C. BAKER,

        Plaintiffs,

v.

U.S. ARMY CORPS OF ENGINEERS;
JOHN MCHUGH, Secretary of the Army;
LIEUTENANT GENERAL THOMAS
BOSTICK, Commanding General and
Army Chief of Engineers; COLONEL
JOHN S. KEM, Northwestern Division
Commander; and LIEUTENANT COLONEL
ANDREW D. KELLY, Walla Walla District
Commander and District Engineer,

        Defendants.