5/06
Form: Pro Hac Vice

# IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

ELIZABETH E. MORRIS; and  
ALAN C. BAKER,  
        Plaintiffs,  

v.  

U.S. ARMY CORPS OF ENGINEERS, et al.,  
        Defendants.  

Case No.

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $225.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, James M. Manley, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Elizabeth E. Morris; and Alan C. Baker, Plaintiffs.

The applicant hereby attests as follows:

1. Applicant resides in Denver, Colorado, and practices at the following address and phone number Mountain States Legal Foundation, 2596 S. Lewis Way, Lakewood, Colorado 80227; (303) 292-2021

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Colorado Supreme Court | October 2008 |
| U.S. Supreme Court | February 2012 |
| U.S. Court of Appeals for the Ninth Circuit | February 2009 |
| Please see attached list for additional court admissions. | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. John L. Runft, Esq., a member in good standing of the bar of this court, of the firm of Runft & Steele Law Offices, PLLC, practices at the following office address and phone number: 1020 West Main Street, Suite 400, Boise, Idaho 83702
(208) 333-8506

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 5th day of August, 2013.

| s/ James M. Manley | s/ John L. Runft |
|---|---|
| Applicant | Designee |

Signed under penalty of perjury.

## ADDITIONAL BAR ADMISSIONS FOR JAMES M. MANLEY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION | GOOD STANDING |
|---|---|---|---|
| U.S. District Court for the District of Colorado | Denver, CO | 02/24/09 | Yes |
| U.S. Court of Appeals for the Tenth Circuit | Denver, CO | 02/25/09 | Yes |
| U.S. District Court for the Central District of Illinois | Springfield, IL | 07/19/10 | Yes |