5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELIZABETH E. MORRIS; and ALAN C. BAKER, <br>     Plaintiffs, <br> v. <br> U.S. ARMY CORPS OF ENGINEERS, et al., <br>     Defendants. | Case No. <br><br> APPLICATION FOR ADMISSION PRO HAC VICE <br><br> Fee: $225.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Steven J. Lechner, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Elizabeth E. Morris; and Alan C. Baker, Plaintiffs.

The applicant hereby attests as follows:

1. Applicant resides in Westminster, Colorado, and practices at the following address and phone number Mountain States Legal Foundation, 2596 S. Lewis Way, Lakewood, Colorado 80227; (303) 292-2021

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Colorado Supreme Court | October 22, 1990 |
| U.S. Supreme Court | January 17, 1995 |
| U.S. Court of Appeals for the Ninth Circuit | May 9, 1996 |
| Please see attached list for additional court admissions. | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. John L. Runft, Esq., a member in good standing of the bar of this court, of the firm of Runft & Steele Law Offices, PLLC, practices at the following office address and phone number: 1020 West Main Street, Suite 400, Boise, Idaho 83702
(208) 333-8506

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 5th day of August, 2013.

s/ Steven J. Lechner                      s/ John L. Runft
Applicant                                                   Designee

Signed under penalty of perjury.

## ADDITIONAL BAR ADMISSIONS FOR STEVEN J. LECHNER

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION | GOOD STANDING |
|---|---|---|---|
| U.S. District Court for the District of Colorado | 901 19th Street<br>Denver, CO | April 2, 1991 | YES |
| U.S. District Court for the District of Columbia<br>Bar No. AZ0001 | 333 Constitution Avenue<br>Washington, D.C. | March 9, 1998 | YES |
| U.S. Court of Federal Claims | 717 Madison Place, NW<br>Washington, D.C. | December 19, 2000 | YES |
| U.S. Court of Appeals for the D.C. Circuit - Bar No. 43247 | 333 Constitution Avenue<br>Washington, D.C. | October 10, 1994 | YES |
| U.S. Court of Appeals for the Third Circuit | 601 Market Street<br>Philadelphia, PA | June 22, 2009 | YES |
| U.S. Court of Appeals for the Fourth Circuit | 1100 East Main Street<br>Richmond, VA | December 14, 2010 | YES |
| U.S. Court of Appeals for the Sixth Circuit | 100 East Fifth Street<br>Cincinnati, OH | March 31, 1994 | YES |
| U.S. Court of Appeals for the Eighth Circuit | 111 South 10th Street<br>St. Louis, MO | February 6, 1997 | YES |
| U.S. Court of Appeals for the Tenth Circuit | 1823 Stout Street<br>Denver, CO | April 2, 1991 | YES |
| U.S. Court of Appeals for the Eleventh Circuit | Forsyth Street NW<br>Atlanta, GA | October 28, 2010 | YES |
| U.S. Court of Appeals for the Federal Circuit | 717 Madison Place, NW<br>Washington, D.C. | October 18, 2002 | YES |