# EXHIBIT 2



# Exhibit Baker-1



# Exhibit Baker-2



Like  11k

# All Completed!

Thank you for using Recreation.gov

This page may not be used as proof of payment upon arrival.
A separate confirmation email will be sent for each completed reservation.

National Recreation Reservation Service (NRRS)

| #2-25733916 Confirmed | STANDARD ELECTRIC DENT ACRES, DWORSHAK DAM & RES, ID 015, Sites 8 to 15, 31 to 36 | Arriving: Fri May 31 2013 Leaving: Sun Jun 02 2013 Length of Stay 2 (nights) Primary Alan Baker | Camping Fee: | $36.00 |
|---|---|---|---|---|

National Recreation Reservation Service (NRRS) Total:
Payment Method: Visa xxxxxxxxxxxx0501
This payment will appear on your statement as: Recreation Gov
888-4481474 NY

| | |
|---|---|
| Subtotal: | $36.00 |
| Total: | $36.00 |
| Amount Paid: | $(36.00) |
| Balance: | $0.00 |




Recreation.gov helps you discover and book trips to all of America's public places.
Learn more about us, or about any of our agency partners below:

           



Like  11k

New Look!
Trip Ideas!
Learn More...

FIND PLACES & ACTIVITIES    EXPLORE TRIP IDEAS    HELP & FAQ    ABOUT US

Check Out Now    Best before: 7 Minutes (Items will become reservable by others)    My Account: Alan Log-Out

Permit General Rules

## General Rules for use of Federal Recreation Lands

### Camping

- If you are staying at a campground, you must camp only in those places specifically provided or marked.
- All vehicles, RVs, and trailers must be parked on your campsite or driveway. Driving or parking off road is not permitted
- Quiet hours are between 10:00 p.m. and 6:00 a.m. Please be considerate of others.
- Camping longer than 14 consecutive days is generally not allowed. At Corps of Engineers campsites only, camping at one or more campsites at any one water resource project (lake) for a period longer than 14 days during any 30-consecutive day period is prohibited.
- The number of camping units per campsite varies and is set locally.

### Sanitation

- Help prevent pollution by keeping garbage, litter, and foreign substances out of lakes, streams, and other waters.
- All garbage and litter must either be deposited in containers provided, or taken with you when you leave.

### Campfires

- Obey any restrictions on fires. Fires may be limited or prohibited at certain times.
- Within campgrounds and other recreation areas, fires may only be built in fire rings, stoves, grills, or fireplaces provided for that purpose.
- Be sure your fire is completely extinguished before leaving. Do not leave your fire unattended. You are responsible for keeping fires under control.

### Vehicle Operation

- Drivers must obey all traffic signs and operate their vehicles in accordance with posted regulations, and applicable Federal, State and local laws.
- Vehicles must be parked in designated areas only.
- Use of vehicles within campgrounds and other recreation areas is limited to entering or leaving those areas.

### Pets and Animals

- Pets must be restrained or on a leash at all times while in developed recreation areas.
- Pets (except guide dogs) are not allowed in swimming areas or sanitary facilities
- Saddle or pack animals are only allowed where authorized by posted instructions.

### Fireworks

- Use of fireworks or other explosives within campgrounds and other recreation areas is prohibited.

### Public Property

- Preserve and protect your National Forests, National Parks, and Corps of Engineers Lake areas. Leave natural areas the way you find them.
- Do not carve, chop, cut and damage any live trees.

### General Notice

All visitors and users of Federal Recreation Lands are subject to Federal Regulations. The points of conduct listed here are included and enforceable through Federal Regulations.

#### USDA Forest Service

CFR Title 36, Part 261 - Prohibitions, are applicable to the National Forests. Copies of Title 36 are on file at all Forest Supervisor and District Ranger offices.

#### USDOI National Park Service

CFR Title 36, Chapter 1 - National Park Service, Department Of The Interior. Copies of Title 36 are on file at all National Park offices.

#### US Army Corps of Engineers

CFR Title 36, Part 327 - Rules and Regulations Governing Public Use of Corps of Engineers Water Resource Development Projects, contains additional information and requirements. Copies of Title 36 are posted on most bulletin boards and are available from Rangers, Park Attendants, and Lake offices.

### Specific Regulations for Federal Agencies

#### Bureau of Reclamation

Rules and Regulations Governing Camping at New Melones Lake

**Bureau of Land Management**
CFR Title 43, Chapter II, Part 2933 - Rules and Regulations Governing Recreation Use Permits



Recreation.gov helps you discover and book trips to all of America's public places. Learn more about us, or about any of our agency partners below

          

My Account | Reservation Policies | General Rules | Accessibility | Privacy Policy | Disclaimers | Partners | FOIA | USA.gov | Volunteer | Use Our Data
© 2012 Recreation.gov. All Rights Reserved

Select Language    Powered by Google Translate





Like 11k

FIND PLACES & ACTIVITIES    EXPLORE TRIP IDEAS    HELP & FAQ    ABOUT US

Check Out Now    Best before: 7 Minutes (Items will become reservable by others)    My Account: Alan Log-Out

## NRRS™ Reservation Policies

Ticketing Policies
Permit Policies

As the NRRS™ changes, several Policies have been updated / modified to serve all of our customers better! Please see the following sections for changes to current policies for agencies currently participating in the NRRS™.

**Making a Reservation**
You can reserve the following types of facilities through the NRRS™

**Individual Campsites**
Up to 6 Months (rolling window) in Advance for all agencies under the NRRS
5 Months (block window) for Yosemite National Park - Inventory goes on-sale on the 15th of each Month

**Cabins & Lookouts**
Up to 6 Months (rolling window) in Advance for all agencies under the NRRS

**Group Facilities**
Up to 12 months (rolling window) in Advance all agencies under the NRRS

- Please Note! Reserved campsites and group overnight facilities will be held until check-out time on the day following your scheduled arrival. Group day use facilities will be held until check-in time on your scheduled arrival date.

**Call Center Hours of Operation**
March 1 - October 31 - 10:00 AM EST - Midnight EST
November 1 - February 28 - 10:00 AM EST - 10:00 PM EST
*Please note our offices are closed on Thanksgiving, Christmas and New Years Day.

| Reservations | 1-877-444-6777 |
|---|---|
| TDD | 1-877-833-6777 |
| Customer Service | 1-888-448-1474 |

**Method of Payment**
See below listing of accepted methods of payments for reservations:

| Method of Payment | Sales Channels | | |
|---|---|---|---|
| | Call Center | Internet | Field |
| Bankcard | Yes | Yes | Yes |
| Certified Checks / Bank Checks / Money Orders | No | No | Yes* |
| Personal Checks / Travelers Checks | No | No | Yes* |
| Cash | No | No | Yes* |
| Foreign Currency | No | No | No |

*These types of payments are accepted in the field only.

**Recreation.gov Billing Information:** Customer's monthly credit card statements will reflect "Recreation.gov 888-448-1474", for reservation transactions.

**Remember! Reserved campsites and group overnight facilities will be held until check-out time on the day following your scheduled arrival.**
**Group day use facilities will be held until check-in time on your scheduled arrival date.**

**Refunds:** Refunds must be requested no later than 14 days after your scheduled departure date.

**Reservation Fee:** If a reservation fee is charged, it is NON-REFUNDABLE. This fee, for some facilities, is $10.00 for call center reservations and $9.00 for web (www.Recreation.gov) reservations.

**Service Fee:** This $10.00 cancellation fee will be deducted from the amount of the refund given to the customer.

**Bankcard Purchases:** Refunds for bankcard payments will be issued as a credit to the original bankcard. Please note the charge on your bankcard statement will read "Recreation.gov 888-448-1474".

**Check or Cash Purchases:** Refunds for NRRS™ payments made by check or money order, and cash payments at selected campgrounds will be issued a check refund. A refund will be processed within 30 days of receipt and approval. Please Note! Refund requests made during or after departure can only be processed when approved by the facility management staff based upon local policy.

**Emergency Closures:** In the event of an emergency closure, the NRRS™ will attempt to notify users and offer alternate dates and sites (as appropriate). If this is not possible, reservations will be cancelled and all fees paid will be refunded.

**Golden Age or Golden Access Passports have been Replaced with the Interagency Senior or Interagency Access Pass:** Owners of the Interagency Senior and Access Passes (and the Golden Age and Access Passes) may receive a fifty-percent discount on the basic recreation use fee for individual campsites. This discount does not apply to fees for cabins, lookouts, or group facilities and it may not apply for specific facility amenities such as electricity, water, sewer, or extra fees charged for prime or premium sites.

- **Making Reservations:** Customers having one of these discounts are required to provide the discount number at the time the reservation is made to receive the discount. If the customer makes more than one reservation for the same location and date(s), the discount will only apply to the site the discount owner occupies.
- **Upon Arrival:** Customers using one of these discounts are required to present the Pass and one form of identification to confirm the discount. If you do not provide proper documentation, you must pay the full recreation use fee prior to using the facility.

Changes to the Policies and Procedures: The NRRS™ reserves the right when necessary to modify reservation policies.



Recreation.gov helps you discover and book trips to all of America's public places
Learn more about us, or about any of our agency partners below

          

My Account | Reservation Policies | General Rules | Accessibility | Privacy Policy | Disclaimers | Partners | FOIA | USA.gov | Volunteer | Use Our Data
© 2012 Recreation.gov. All Rights Reserved.

Select Language   Powered by Google Translate

# Exhibit Baker-3

# Exhibit Baker-4



Like 16k

# Reservation Details

Share this reservation with friends now! 

**Change Reservation**

### Site Details

- Reservation #: 2-27671166
- Arrival Date: Fri Sep 27 2013
- Check-in: 2:00 pm
- State: Idaho
- Site, Loop: 005, RV Area
  Site Details

- Reservation Type: Overnight
- Departure Date: Sun Sep 29 2013
- Check-out: 12:00 pm
- Facility: MACKS CREEK PARK, LUCKY PEAK LAKE, ID
  Facility Details
- Site Type: STANDARD NONELECTRIC

**Change Reservation**

### Reservation Detail

- # of Occupants: 1(min: 1, max: 8)
- Primary Equipment: Tent

- # of Vehicles: 1(max: 2)

### Payment Details

- Camping Fee:$20.00
- Reservation Fee:$0.00
- Taxes:$0.00
- **Total:$20.00**

- Total Payment:$(20.00)
- **Balance : $0.00**

\* The billing company that will appear on your credit card will be **Recreation Gov 888-4481474 NY**

### Important Information

Please read the NRRS Reservation Policies and General Rules to review the regulations and fees that apply to your transaction(s). Additionally, for Yosemite National Park Half Dome Hike, please read the following Safety Information.

Recreation.gov helps you discover and book trips to all of America's public places.
Learn more about us, or about any of our agency partners below:

