# EXHIBIT 3

Case 3:13-cv-00336-BLW   Document 4-4   Filed 08/05/13   Page 1 of 10

# Exhibit Morris-1



# Exhibit Morris-2