John L. Runft, Esq. (ISB No. 1059)
Runft and Steele Law Offices, PLLC
1020 West Main Street, Suite 400
Boise, Idaho 83702
(208) 333-8506
(208) 343-3246 (facsimile)
jrunft@runftsteele.com

James M. Manley, Esq. (CO No. 40327)
(*admitted pro hac vice*)
Steven J. Lechner, Esq. (CO No. 19853)
*(admitted pro hac vice)*
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmanley@mountainstateslegal.com
lechner@mountainstateslegal.com

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELIZABETH E. MORRIS; and ALAN C. BAKER, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Defendants. | Case No. 3:13-cv-00336-BLW <br><br> **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on the 7th day of August, 2013, I served Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 4), Brief in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 4-1), Replacement Exhibits 1–3 to Brief in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. Nos. 8–10), Motion for Pro Hac Vice Appearance by James M. Manley (Dkt. No. 2), Motion for Pro Hac Vice Appearance by Steven J. Lechner (Dkt. No. 3), ,

Civil Cover Sheet (Dkt. No. 1-1), and the Docket Report for this case on the following via certified mail, return receipt requested, addressed as follows:

U.S. Army Corps of Engineers
441 G Street NW
Washington, D.C. 20314-1000

John McHugh
Secretary of the Army
101 Army Pentagon
Washington, D.C. 20310-0101

Lieutenant General Thomas Bostick
Commanding General and Army Chief of Engineers
Headquarters, Army Corps of Engineers
441 G Street NW
Washington, D.C. 20314

Colonel John S. Kem
Northwestern Division Commander
1125 NW Couch Street, Ste. 500
Portland, OR 97209

Lieutenant Colonel Andrew D. Kelly
Walla Walla District Commander and District Engineer
U.S. Army Corps of Engineers
201 North 3rd Avenue
Walla Walla, Washington 99362

Civil Process Clerk
United States Attorney's Office
Washington Group IV
800 Park Blvd., Suite 600
Boise, Idaho 83712

Eric Holder
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Respectfully submitted,

/s/ Steven J. Lechner
Steven J. Lechner, Esq.
(*admitted pro hac vice*)
James M. Manley, Esq.
(*admitted pro hac vice*)
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmanley@mountainstateslegal.com
lechner@mountainstateslegal.com

John L. Runft, Esq.
Runft and Steele Law Offices, PLLC
1020 West Main Street, Suite 400
Boise, Idaho 83702
(208) 333-8506
(208) 343-3246 (facsimile)
jrunft@runftsteele.com


Attorneys for Plaintiffs