# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

ELIZABETH E. MORRIS; and
ALAN C. BAKER,

               Plaintiffs,

    v.

U.S. ARMY CORPS OF ENGINEERS,
*et al*.,

               Defendants.

Case No. 3:13-CV-00336-BLW

**ORDER**

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the stay (docket nos. 25 & 27) is LIFTED and the motion for hearing (docket no. 23) is GRANTED.

IT IS FURTHER ORDERED, that a hearing be held on the motion for preliminary injunction (docket no. 4) on **December 5, 2013 at 9:00 a.m.** in the Federal Courthouse in Boise Idaho.  Argument shall be limited to 20 minutes per side.

DATED: October 28, 2013

B. Lynn Winmill
Chief Judge
United States District Court