STUART F. DELERY
Assistant Attorney General
WENDY J. OLSON, Idaho State Bar No. 7634
United States Attorney
JOANNE P. RODRIGUEZ, Idaho State Bar No. 2996
Assistant United States Attorney
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Telephone: (202) 353-3098
Facsimile: (202) 616-8460
Daniel.Riess@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ELIZABETH E. MORRIS and ALAN C. BAKER,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**U.S. ARMY CORPS OF ENGINEERS, et al.,**<br><br>    **Defendants.** | Case No. 3:13-CV-00336-BLW<br><br>NOTICE OF RECENT AUTHORITY |

Defendants hereby respectfully bring to the Court's attention a recent appellate decision, United States v. Chovan, __ F.3d __, No. 11-50107 (9th Cir. Nov. 18, 2013), a copy of which is attached as an exhibit to this Notice.

1

Dated: November 20, 2013					Respectfully submitted,

								STUART F. DELERY
								Assistant Attorney General

								WENDY J. OLSON
								United States Attorney

								JOANNE P. RODRIGUEZ
								Assistant United States Attorney


								   /s/ Daniel Riess
								DIANE KELLEHER
								Assistant Branch Director
								DANIEL RIESS
								Trial Attorney
								U.S. Department of Justice
								Civil Division, Rm. 6122
								20 Massachusetts Avenue, NW
								Washington, D.C. 20530
								Telephone: (202) 353-3098
								Fax: (202) 616-8460
								Email: Daniel.Riess@usdoj.gov
								*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2013, I caused the foregoing document to be served via electronic case filing.

								   /s/ Daniel Riess
								Daniel Riess