James M. Manley, Esq. (CO No. 40327)
(*admitted pro hac vice*)
Steven J. Lechner, Esq. (CO No. 19853)
(*admitted pro hac vice*)
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmanley@mountainstateslegal.com
lechner@mountainstateslegal.com

John L. Runft, Esq. (ISB No. 1059)
Runft and Steele Law Offices, PLLC
1020 West Main Street, Suite 400
Boise, Idaho 83702
(208) 333-8506
(208) 343-3246 (facsimile)
jrunft@runftsteele.com

*Attorneys for Plaintiffs*

STUART F. DELERY
Assistant Attorney General
WENDY J. OLSON, Idaho State Bar No. 7634
United States Attorney
JOANNE P. RODRIGUEZ, Idaho State Bar No. 2996
Assistant United States Attorney
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Telephone: (202) 353-3098
Facsimile: (202) 616-8460
Daniel.Riess@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ELIZABETH E. MORRIS and ALAN C. BAKER,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**U.S. ARMY CORPS OF ENGINEERS et al.,**<br><br>    **Defendants.** | **Case No. 3:13-CV-00336-BLW**<br><br>**JOINT MOTION TO ENTER PROPOSED SCHEDULE** |

Counsel for the parties have conferred and agreed to submit the following proposed briefing schedule regarding dispositive motions in this action:

1. Defendants shall file an answer in this case on or before **March 19, 2014.**

2. Defendants shall file the administrative record in this case on or before **April 19, 2014.**

3. Defendants' motion for summary judgment shall be due on or before **May 19, 2014.**

4. Plaintiffs' cross-motion for summary judgment and opposition to Defendants' motion for summary judgment (including any opposition under Federal Rule of Civil Procedure 56(d)) shall be due on or before **June 19, 2014.**

5. Defendants' reply in support of their motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment shall be due **28 days after the filing of Plaintiffs' cross-motion for summary judgment.**

2

6. Plaintiffs' reply in support of their cross-motion for summary judgment shall be due **28 days after the filing of Defendants' reply in support of their motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment.**

The parties respectfully request that the Court adopt this proposed schedule.

Dated: February 26, 2014					Respectfully submitted,

James M. Manley, Esq. (CO No. 40327)
(*admitted pro hac vice*)
Steven J. Lechner, Esq. (CO No. 19853)
(*admitted pro hac vice*)
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmanley@mountainstateslegal.com
lechner@mountainstateslegal.com

John L. Runft, Esq. (ISB No. 1059)
Runft and Steele Law Offices, PLLC
1020 West Main Street, Suite 400
Boise, Idaho 83702
(208) 333-8506
(208) 343-3246 (facsimile)
jrunft@runftsteele.com

*Attorneys for Plaintiffs*

STUART F. DELERY
Assistant Attorney General
WENDY J. OLSON, Idaho State Bar No. 7634
United States Attorney
JOANNE RODRIGUEZ, Idaho State Bar No. 2996
Assistant United States Attorney
DIANE KELLEHER
Assistant Branch Director

DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Telephone: (202) 353-3098
Facsimile: (202) 616-8460
Daniel.Riess@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of February 2014, I filed the foregoing Joint Motion to Enter Proposed Schedule electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James M. Manley, Attorney for Plaintiffs
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
jmanley@mountainstateslegal.com

Steven J. Lechner, Attorney for Plaintiffs
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
lechner@mountainstateslegal.com

John L. Runft, Attorney for Plaintiffs
Runft and Steele Law Offices, PLLC
1020 West Main Street, Suite 400
Boise, Idaho 83702
jrunft@runftsteele.com

  /s/ Daniel Riess
Daniel Riess, Attorney for Defendants