UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ELIZABETH E. MORRIS and ALAN C. BAKER,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**U.S. ARMY CORPS OF ENGINEERS et al.,**<br><br>    **Defendants.** | Case No. 3:13-CV-00336-BLW<br><br><br>ORDER |

Upon consideration of the parties' joint motion to enter a proposed schedule [ECF No. 44], it is hereby ORDERED that the motion is GRANTED. It is further ORDERED:

1. Defendants shall file an answer in this case on or before **March 19, 2014.**

2. Defendants shall file the administrative record in this case on or before **April 19, 2014.**

3. Defendants' motion for summary judgment shall be due on or before **May 19, 2014.**

4. Plaintiffs' cross-motion for summary judgment and opposition to Defendants' motion for summary judgment (including any opposition under Federal Rule of Civil Procedure 56(d)) shall be due on or before **June 19, 2014.**

5. Defendants' reply in support of their motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment shall be due **28 days after the filing of Plaintiffs' cross-motion for summary judgment.**

6. Plaintiffs' reply in support of their cross-motion for summary judgment shall be due **28 days after the filing of Defendants' reply in support of their motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment.**

**IT IS SO ORDERED**



DATED: February 27, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court