

**U.S. Department of Justice**

Civil Division

Federal Programs Branch                                Washington, D.C. 20530

April 21, 2014

VIA OVERNIGHT MAIL
Clerk of Court
United States District Court for the District of Idaho
550 West Fort Street
Boise, Idaho 83724

Re: Morris v. U.S. Army Corps of Engineers, Case No. 3:13-CV-00336-BLW

Dear Clerk of Court:

Please find enclosed a CD-ROM containing the certified administrative record in the above-captioned case. Because of the size of the documents on the CD-ROM (over one thousand pages), it is not practicable to file electronically. The CD-ROM also contains an index to the administrative record, as well as an agency affidavit certifying the record. Please file this CD-ROM as part of the record in this case.

I will file a notice tomorrow via ECF in the above-captioned case explaining that the administrative record in this case was filed conventionally.

I have sent copies of all these documents to counsel for the parties and to Chief Judge Winmill's chambers (via Federal Express).

Thank you for your attention to this matter. If you have any questions, please don't hesitate to call me at (202) 353-3098.

Sincerely yours,

Daniel Riess
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530