STUART F. DELERY
Assistant Attorney General
WENDY J. OLSON, Idaho State Bar No. 7634
United States Attorney
JOANNE P. RODRIGUEZ, Idaho State Bar No. 2996
Assistant United States Attorney
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Telephone: (202) 353-3098
Facsimile: (202) 616-8460
Daniel.Riess@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **ELIZABETH E. MORRIS and ALAN C. BAKER,** | Case No. 3:13-CV-00336-BLW |
| Plaintiffs, | MOTION FOR SUMMARY JUDGMENT |
| v. | |
| **U.S. ARMY CORPS OF ENGINEERS, et al.,** | |
| Defendants. | |

Defendants, the United States Army Corps of Engineers ("Corps"); John McHugh, Secretary of the Army; Lieutenant General Thomas Bostick, U.S. Army Chief of Engineers and Commanding General of the Corps; Brigadier General John S. Kem, Commander of the Northwestern Division of the Corps; and Lieutenant Colonel Andrew D. Kelly, District Engineer

1

and Commander of the Walla Walla District of the Corps (collectively, "Corps" or "Defendants"), by undersigned counsel, hereby move for summary judgment pursuant to Federal Rule of Civil Procedure 56.   Attached hereto is a memorandum of points and authorities in support of this motion.

Dated: May 19, 2014                                         Respectfully submitted,


                                                            STUART F. DELERY
                                                            Assistant Attorney General

                                                            WENDY J. OLSON
                                                            United States Attorney

                                                            JOANNE P. RODRIGUEZ
                                                            Assistant United States Attorney


                                                               /s/ Daniel Riess
                                                            DIANE KELLEHER
                                                            Assistant Branch Director
                                                            DANIEL RIESS
                                                            Trial Attorney
                                                            U.S. Department of Justice
                                                            Civil Division, Rm. 6122
                                                            20 Massachusetts Avenue, NW
                                                            Washington, D.C. 20530
                                                            Telephone: (202) 353-3098
                                                            Fax: (202) 616-8460
                                                            Email: Daniel.Riess@usdoj.gov
                                                            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of May 2014, I filed the foregoing Motion for Summary Judgment electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| James M. Manley, Attorney for Plaintiffs<br>Mountain States Legal Foundation<br>2596 South Lewis Way<br>Lakewood, Colorado 80227<br>jmanley@mountainstateslegal.com | Steven J. Lechner, Attorney for Plaintiffs<br>Mountain States Legal Foundation<br>2596 South Lewis Way<br>Lakewood, Colorado 80227<br>lechner@mountainstateslegal.com |

John L. Runft, Attorney for Plaintiffs
Runft and Steele Law Offices, PLLC
1020 West Main Street, Suite 400
Boise, Idaho 83702
jrunft@runftsteele.com


  /s/ Daniel Riess
Daniel Riess, Attorney for Defendants