James M. Manley, Esq. (CO No. 40327)
(*admitted pro hac vice*)
Steven J. Lechner, Esq. (CO No. 19853)
*(admitted pro hac vice)*
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmanley@mountainstateslegal.com
lechner@mountainstateslegal.com

John L. Runft, Esq. (ISB No. 1059)
Runft and Steele Law Offices, PLLC
1020 West Main Street, Suite 400
Boise, Idaho 83702
(208) 333-8506
(208) 343-3246 (facsimile)
jrunft@runftsteele.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ELIZABETH E. MORRIS and ALAN C. BAKER, <br><br>                    Plaintiffs, <br><br>   v. <br><br>U.S. ARMY CORPS OF ENGINEERS, *et al*., <br><br>                    Defendants. | Case No. 3:13-CV-00336-BLW <br><br>**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

      Plaintiffs, by and through their undersigned attorneys, respectfully move pursuant to Fed.

R. Civ. P. 56 for summary judgment because Plaintiffs are entitled to judgment as a matter of

law with respect to both of their claims.  Pursuant to the Parties' agreement and this Court's

February 27, 2014, Scheduling Order (Dkt. 45), support for this Motion and Plaintiffs' response

in opposition to Defendants' Motion for Summary Judgment is contained in the Memorandum In

Support Of Plaintiffs' Cross-Motion For Summary Judgment And Response In Opposition To Defendants' Motion For Summary Judgment, which is filed concurrently herewith. Plaintiffs have also filed concurrently statements of facts, as required by Local Civil Rule 7.1(b)(1) and (c)(2).

DATED this 19th day of June 2014.

Respectfully submitted,

/s/ James M. Manley
James M. Manley, Esq. (CO No. 40327)
(*admitted pro hac vice*)
Steven J. Lechner, Esq. (CO No. 19853)
*(admitted pro hac vice)*
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmanley@mountainstateslegal.com
lechner@mountainstateslegal.com

John L. Runft, Esq. (ISB No. 1059)
Runft and Steele Law Offices, PLLC
1020 West Main Street, Suite 400
Boise, Idaho 83702
(208) 333-8506
(208) 343-3246 (facsimile)
jrunft@runftsteele.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of June, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joanne P. Rodriguez
Assistant United States Attorney
District Of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, ID 83712-7788
Joanne.Rodriguez@Usdoj.gov

Daniel Riess
Trial Attorney
U.S. Department of Justice Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Daniel.Riess@usdoj.gov

/s/ James M. Manley
James M. Manley, Esq.