STUART F. DELERY
Assistant Attorney General
WENDY J. OLSON, Idaho State Bar No. 7634
United States Attorney
JOANNE P. RODRIGUEZ, Idaho State Bar No. 2996
Assistant United States Attorney
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Telephone: (202) 353-3098
Facsimile: (202) 616-8460
Daniel.Riess@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELIZABETH E. MORRIS and ALAN C. BAKER,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS, **et al.**,<br><br>    Defendants. | Case No. 3:13-CV-00336-BLW<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CLOSING MERITS BRIEF** |

      Defendants hereby move for an extension of time up to and including Friday, July 25, 2014, in which to file their closing merits brief in this case. The current deadline is July 17, 2014. Plaintiffs' counsel has consented to this proposed extension of time.

1

In support of this motion, Defendants state as follows:

Defendants require additional time because undersigned counsel for Defendants has been required to respond to a motion for a preliminary injunction entered in another case, and because of the press of business and scheduling conflicts. This motion is not sought merely for delay but in order that justice may be served.

Based on the foregoing, Defendants respectfully request that their motion for an extension of time be granted. A proposed order will be sent to Chambers this date via e-mail.

Dated: July 14, 2014 Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

WENDY J. OLSON
United States Attorney

JOANNE P. RODRIGUEZ
Assistant United States Attorney


   /s/ Daniel Riess
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of July, 2014, I filed the foregoing Unopposed Motion for Extension of Time to File Closing Merits Brief electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James M. Manley, Attorney for Plaintiffs
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
jmanley@mountainstateslegal.com

Steven J. Lechner, Attorney for Plaintiffs
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
lechner@mountainstateslegal.com

John L. Runft, Attorney for Plaintiffs
Runft and Steele Law Offices, PLLC
1020 West Main Street, Suite 400
Boise, Idaho 83702
jrunft@runftsteele.com


  /s/ Daniel Riess
Daniel Riess, Attorney for Defendants