# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELIZABETH E. MORRIS and ALAN C. BAKER,<br><br>　Plaintiffs,<br><br>　v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>　Defendants. | Case No. 3:13-CV-00336-BLW<br><br><br>ORDER |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Defendants' unopposed motion for extension of time to file their closing merits brief [ECF No. 56] is GRANTED. Defendants shall file their reply brief on or before July 25, 2014.

DATED: July 14, 2014

_____
Lynn Winmill
Chief Judge
United States District Court

.