STUART F. DELERY
Assistant Attorney General
WENDY J. OLSON, Idaho State Bar No. 7634
United States Attorney
JOANNE P. RODRIGUEZ, Idaho State Bar No. 2996
Assistant United States Attorney
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Telephone: (202) 353-3098
Facsimile: (202) 616-8460
Daniel.Riess@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ELIZABETH E. MORRIS and ALAN C. BAKER,** | Case No. 3:13-CV-00336-BLW |
| Plaintiffs, | NOTICE OF RECENT AUTHORITY |
| v. | |
| **U.S. ARMY CORPS OF ENGINEERS, et al.,** | |
| Defendants. | |

Defendants hereby respectfully bring to the Court's attention a recent decision denying a preliminary injunction in a similar case, GeorgiaCarry.Org, Inc. v. U.S. Army Corps of Engineers, No. 14-139 (N.D. Ga. August 18, 2013), a copy of which is attached as an exhibit to this Notice.

1

Dated: August 19, 2014　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　STUART F. DELERY
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　　WENDY J. OLSON
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　JOANNE P. RODRIGUEZ
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel Riess
　　　　　　　　　　　　　　　　　　　　　　DIANE KELLEHER
　　　　　　　　　　　　　　　　　　　　　　Assistant Branch Director
　　　　　　　　　　　　　　　　　　　　　　DANIEL RIESS
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Civil Division, Rm. 6122
　　　　　　　　　　　　　　　　　　　　　　20 Massachusetts Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 353-3098
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8460
　　　　　　　　　　　　　　　　　　　　　　Email: Daniel.Riess@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of August 2014, I filed the foregoing Notice of Recent Authority electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| James M. Manley, Attorney for Plaintiffs<br>Mountain States Legal Foundation<br>2596 South Lewis Way<br>Lakewood, Colorado 80227<br>jmanley@mountainstateslegal.com | Steven J. Lechner, Attorney for Plaintiffs<br>Mountain States Legal Foundation<br>2596 South Lewis Way<br>Lakewood, Colorado 80227<br>lechner@mountainstateslegal.com |

John L. Runft, Attorney for Plaintiffs
Runft and Steele Law Offices, PLLC
1020 West Main Street, Suite 400
Boise, Idaho 83702
jrunft@runftsteele.com


 /s/ Daniel Riess
Daniel Riess, Attorney for Defendants