<u>MOTIONS, OBJECTIONS, ETC.</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 8/27/2014
Judge B. Lynn Winmill           Deputy Clerk: Jamie Gearhart
Case No. 3:13-cv-336-BLW        ESR: Bonnie Crowder
Place: Coeur d'Alene            Time: 3:28 p.m. - 4:44 p.m.

<u>Elizabeth Morris, et al, v. U.S. Army Corps of Engineers, et al</u>

Counsel for Plaintiff: James Manley and John Runft

Counsel for Defendant: Daniel Riess

Hearing on:

1) Defendants' Motion for Summary Judgment (Dkt. 52), and

2) Plaintiff's Cross Motion for Summary Judgment (Dkt. 54).

After oral argument, the Court took the matter under advisement.

A written decision is forthcoming.