UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

ELIZABETH E. MORRIS; and
ALAN C. BAKER,

                Plaintiffs,

v.

U.S. ARMY CORPS OF
ENGINEERS, *et al.*,

                Defendants.

Case No. 3:13-CV-00336-BLW

**JUDGMENT**

      In accordance with the Memorandum Decision filed with this Judgment,

      NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the plaintiffs' motion for summary judgment (docket no. 54) is GRANTED and the defendants' motion for summary judgment (docket no. 52) is DENIED.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that 36 C.F.R. § 327.13 violates the Second Amendment and is declared unconstitutional.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that defendants are enjoined from enforcing 36 C.F.R. § 327.13 on any Corps' property in Idaho.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that Clerk close this case.



DATED: October 13, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court