JOYCE R. BRANDA
Acting Assistant Attorney General
WENDY J. OLSON, Idaho State Bar No. 7634
United States Attorney
JOANNE P. RODRIGUEZ, Idaho State Bar No. 2996
Assistant United States Attorney
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Telephone: (202) 353-3098
Facsimile: (202) 616-8460
Daniel.Riess@usdoj.gov

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELIZABETH E. MORRIS and ALAN C. BAKER,<br><br>   Plaintiffs,<br><br>   v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>   Defendants. | Case No. 3:13-CV-00336-BLW<br><br>NOTICE OF APPEAL |

   PLEASE TAKE NOTICE that defendants United States Army Corps of Engineers; John

McHugh, Secretary of the Army; Lieutenant General Thomas Bostick, Commanding General

and Chief of Engineers; Colonel John S. Kem, Northwestern Division Commander; and

Lieutenant Colonel Timothy Vail, Walla Walla District Commander and District Engineer,

1

hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Memorandum Decision and Judgment entered October 13, 2014 [ECF Nos. 67, 68].

Dated: December 10, 2014                    Respectfully submitted,


JOYCE R. BRANDA
Acting Assistant Attorney General

WENDY J. OLSON
United States Attorney

JOANNE P. RODRIGUEZ
Assistant United States Attorney


  /s/ Daniel Riess
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of December 2014, I filed the foregoing Notice of Appeal electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Steven J. Lechner, Attorney for Plaintiffs
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
lechner@mountainstateslegal.com

John L. Runft, Attorney for Plaintiffs
Runft and Steele Law Offices, PLLC
1020 West Main Street, Suite 400
Boise, Idaho 83702
jrunft@runftsteele.com


 /s/ Daniel Riess
Daniel Riess, Attorney for Defendants