## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELIZABETH E. MORRIS; and ALAN C. BAKER,<br><br>              Plaintiffs,<br><br>     v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>              Defendants. | Case No. 3:13-CV-00336-BLW<br><br>**ORDER** |

A telephone conference was held on January 4, 2018, between counsel and the Court's staff.  Counsel explained that the Corps was considering whether to revise their firearm policy.  Defense counsel agreed to provide notice to opposing counsel and the Court when the Corps made its decision.  When that decision is made, there may be a need for further action in this case, but until that time, the case will languish without any activity, possibly for a lengthy period.  To ensure that the Court's docket only contains cases actively being litigated, the Court will administratively terminate the case without prejudice to the rights of any party to reopen the case for any reason.  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Clerk close this case.

IT IS FURTHER ORDERED, that this closure is administrative in nature and without prejudice to the rights of any party to move to reopen the case for any reason.



DATED: January 4, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

**Order – page 2**